UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Manhattan Division

| | | |
|---|---|---|
| SANDOR JACOBSON,  Creditor Trustee of the | ) | |
|    Morgan Administration, Inc. | ) | *Registration of Foreign Judgment* |
| | ) | *(Bankruptcy Case No. 18-30039,* |
|    Plaintiff, | ) | *A.P. No. 20-00300, N.D. Ill.)* |
| | ) | |
|    v. | ) | M.P.  22-00422 (B.C. 22-0066) |
| | ) | |
| MOHAWK INDUSTRIES | ) | **SATISFACTION OF** |
|    Defendant. | ) | **JUDGMENT** |

WHEREAS SLFAQ, LLC is assignee of the judgment that was entered in favor of Plaintiff and Judgment Creditor, SANDOR JACOBSON, Creditor Trustee of the Morgan Administration, Inc. (hereinafter "Trustee") against Defendant Mohawk Industries ("Mohawk") in the above-entitled action, (the "Judgment") (copy of the filed Acknowledgement of Assignment of Judgment is filed herein as **Exhibit 1**); and

WHEREAS SLFAQ, LLC by and through counsel, has duly acknowledged the Satisfaction of Judgment, as filed in the originating proceeding (a true copy of the Satisfaction of Judgment is filed herein as **Exhibit 2**);

THEREFORE, the Clerk of Court is hereby authorized and directed to make an entry of the satisfaction of said Judgment on the docket.

Dated: Scarsdale, New York
      January 22, 2023

/s/ Zachary Mazur
Zachary E. Mazur, Esq.
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
zachary@saracheklawfirm.com  (646) 519-4396
*Attorney to SLFAQ, LLC, Judgment Assignee*

1